6671.  COOLEDGE & SONS INCORPORATED v. JOHNSON-
GEWINNER CO.

WADE, J.  1.  Assignments of error not referred to in the brief of counsel
for the plaintiff in error must be treated as abandoned.
2. Whether the acts of negligence alleged were the proximate cause of the
damages resulting from a collision by the plaintiff's motorcycle with
the defendant's automobile was a question for the jury.  The evidence
was sufficient to support the verdict, and the appellate division of the
municipal court did not err in overruling the motion for a new trial.

*Judgment affirmed.*

DECIDED MARCH 24, 1916.

Action for damages; from municipal court of Atlanta.  May
19, 1915.

*W. J. Laney, John P. Haunson,* for plaintiff in error.
*Smith, Hammond & Smith,* contra.